

THE HONORABLE: Arenda L. Wright Allen
UNITED STATES DISTRICT JUDGE
600 Granby Street
Suite 200
Norfolk, Virginia 23510

Dear Madame Judge,

May the peace and blessings of God be with you, your family, and staff. In these recent months, I have consciously weighed your decision and found it fair according to public policy(s), statute(s), and code(s) which replace common law, and now is called "colorable law". This correspondence is to make you aware of the harassment, taunts, and reckless eye stares from Norfolk City Policeman D.A. Lautenbacher. This is not a case of paranoia. My sister resides in a high-crime, drug infested area. I am afraid this officer will attempt to draw me into a confrontation. I called my probation officer (Ms. Stephanie Powers), and left a message with information concerning this officer's actions. I say that to let you know that I am well aware and capable of deciphering what is yet to come, especially for the African-American community as a whole. Sixteen (16) months of my life was spent wondering what I did so wrong.

Case law: search of person incident to arrest invalid because police lacked evidence of physical impairment to provide probable cause to arrest for public intoxication; US v. Hudson, 405 F.3d 425, 440-41 (6th Cir 2005)

The constitution was not written in favor of blacks and the 14th amendment did not emancipate us. The slavery is more sophisticate. The police in the black community are sharks looking for their next prey. I still maintain my innocence and hope you, one day, realize it as well. In the next ninety (90) days I will be on probation for five (5) months, plus the sixteen (16) of unethical imprisonment. I'm respectfully asking that you free Ens Legis (strawman) ROLAND LEE MORRISON from Laws of Tyranny, so I can freely exercise my God given rights once again.

Enclosed is a copy of a Federal Judge's research work and a copy of the case that made the headlines of the Virginian Pilot, which was a character smear.

Please give this request your unyielding compassion.

Sincerely Yours,

ENS LEGIS: ROLAND LEE MORRISON
Secured Party: Rashad El-Mumin Muhammad

*Rashad El-Mumin Muhammad*
*Without prejudice UCC 1-308*
*Date: 2/21/2012*

City/County of _Norfolk_
Commonwealth of Virginia
The foregoing instrument was acknowledged before me
this _21_ day of _FEB_ _2012_
by _RASHAD EL-MUMIN MUHAMMAD_
_____ is/are
personally known to me or has/have produced
_VA-ID_ _____ as identification.
_____ Notary Public
My Commission Expires _04/30/2014_

MARIA CRISTINA CORBE
NOTARY PUBLIC
ID# 7015881
COMMONWEALTH OF VIRGINIA

Published on HamptonRoads.com | PilotOnline.com (http://hamptonroads.com)

# Norfolk man gets time served, stern talk from judge

NORFOLK

A Norfolk man who says he is a Moorish national was sentenced Tuesday to time served in jail for illegally claiming he had diplomatic immunity.

But he didn't go until U.S. District Judge Arenda Wright Allen gave him a stern yet sympathetic lecture.

Following a trial in September, Allen found Roland Lee Morrison, 51, guilty of two counts of fraudulent assertion of diplomatic immunity. During an arrest by city police in 2010, Morrison claimed to have immunity by being a member of the Moors black empowerment movement.

"We all have to agree with the law in America, whether we like it or not," Allen told Morrison. "Your beliefs, if they clash with American laws, are going to get you in trouble." *The Laws were never put in place to protect me or those of my family. Review the Constitution closely...*

But the judge sympathized with Morrison, telling him there are laws even she doesn't favor and that "some cops are good cops and some cops are bad cops." *"Hopefully," you can bring a change to the Federal Bench.*

"There's a lot of stuff I don't agree with in America but I keep my mouth shut," the judge continued.

Morrison was arrested Aug. 29, 2010, when police stopped to question him and others at a cookout on Ashlawn Drive about open containers of alcohol and loud music. Morrison asked one of the officers what his "delegation of authority" was, according to the officer's trial testimony.

"I have sovereign immunity and your laws don't apply to me," Morrison told the officer.

Morrison then presented an identification card, commonly referred to as a Moorish ID, which said the cardholder has diplomatic immunity under authority of the Department of Justice and the United Nations.

The crowd started to become unruly, tossing bottles at the police. Officers said Morrison began resisting while they tried to arrest him for being drunk in public. Morrison disputes he resisted, but all agreed at the trial that the police used pepper spray to subdue him. *Despite what the media wrote - the crowd responded to the officers' racist actions towards me. I was very cooperative, and tried to vocally convey the Law.*
On its website, the Moorish Science Temple of America, an Islamic-based religion akin to the Nation of Islam, specifically says that it does not teach, endorse or support any "sovereign" theory. Norfolk police have reported a spike in encounters with people claiming Moorish immunity. *The Virginia Bill of Rights states: Article 1 Section 1 - That all men are nature equally free and independent and have certain inherent Rights, etc, etc, etc ...*
In 2009, Morrison changed his name to Rashid Muhammad to reflect his affiliation with the religion but returned to his birth name last year. Morrison maintains his innocence and continues to believe that "all men and women have an inalienable right to self govern themselves," according to a letter he filed in court.

Morrison spent more than a year in jail fighting the case, and part of that time included a jail term for the drunk-in-public conviction.

Judge Allen said the year in jail was enough punishment. *It was 15 months, 2 week, 4 days, Madame Judge.*

"My sense is you will do better and you can do better," she told him.

Morrison said little during the proceeding, but toward the end, as the judge spoke to him, he muttered, "Thank you."

*Tim McGlone, (757) 446-2343, tim.mcglone@pilotonline.com This is the same reporter who would not cover my story when I was racially assaulted with a Klansman's Noose.*

**Source URL** (retrieved on 02/20/2012 - 14:08): http://hamptonroads.com/2011/12/norfolk-man-gets-time-served-stern-talk-judge

*Dear Honorable: Judge Allen: As a creation of God and your spiritual kin, I am a living flesh and blood man who has the uttermost respect for true Law, real Law. God Law. Some humans think because of the color of their skin they are bigger than Law; I assure you madame, they are not...*

# MAN GETS TIME SERVED, STERN TALK FROM JUDGE

*Norfolk man had told police his religion gave diplomatic immunity*

By Tim McGlone | *The Virginian-Pilot*

**NORFOLK**

A Norfolk man who says he is a Moorish national was sentenced Tuesday to time served in jail for illegally claiming he had diplomatic immunity.

But he didn't go until U.S. District Judge Arenda Wright Allen gave him a stern yet sympathetic lecture.

Following a trial in September, Allen found Roland Lee Morrison, 51, guilty of two counts of fraudulent assertion of diplomatic immunity. During an arrest by city police in 2010, Morrison claimed to have immunity by being a member of the Moors black empowerment movement.

"We all have to agree with the law in America, whether we like it or not," Allen told Morrison. "Your beliefs, if they clash with American laws, are going to get you in trouble."

But the judge sympathized with Morrison, telling him there are laws even she doesn't favor and that "some cops are good cops and some cops are bad cops."

"There's a lot of stuff I don't agree with in America but I keep my mouth shut," the judge continued.

Morrison was arrested Aug. 29, 2010, when police stopped to question him and others at a cookout on Ashlawn Drive about open containers of alcohol and loud music. Morrison asked one of the officers what his "delegation of authority" was, according to the officer's trial testimony.

"I have sovereign immunity and your laws don't apply to me," Morrison told the officer.

Morrison then presented an identification card, commonly referred to as a Moorish ID, which said the cardholder has diplomatic immunity under authority of the Department of Justice and the United Nations.

The crowd started to become unruly, tossing bottles at the police. Officers said Morrison began resisting while they tried to arrest him for being drunk in public. Morrison disputes he resisted, but all agreed at the trial that the police used pepper spray to subdue him.

On its website, the Moorish Science Temple of America, an Islamic-based religion akin to the Nation of Islam, specifically says that it does not teach, endorse or support any "sovereign" theory. Norfolk police have reported a spike in encounters with people claiming Moorish immunity.

In 2009, Morrison changed his name to Rashid Muhammad to reflect his affiliation with the religion but returned to his birth name last year. Morrison maintains his innocence and continues to believe that "all men and women have an inalienable right to self govern themselves," according to a letter he filed in court.

Morrison spent more than a year in jail fighting the case, and part of that time included a jail term for the drunk-in-public conviction.

Judge Allen said the year in jail was enough punishment.

"My sense is you will do better and you can do better," she told him. Morrison said little during the proceeding, but toward the end, as the judge spoke to him, he muttered, "Thank you."

Tim McGlone, (757) 446-2343,
tim.mcglone@pilotonline.com

# THE MATRIX AND
# THE U. S. CONSTITUTION

#### Author Unknown

**INTRODUCTION:**

During my twelve years service as a Judge, I always insisted on the truth and placed justice above law and order! I could have prepared this article indicia of a research paper however; people tend to lose interest when articles of this nature become too technical. Science has taught us that, "For every action there is a positive reaction!" If your life on earth resembles a Matrix, it is because you're seeing things for the first time, with eyes wide open, but you feel confused! That feeling of confusion is appropriate because the information you are now digesting, contradicts much of the information you have been spoon fed throughout your life! I named this paper after the movie "The Matrix," written by the Wachowsi brothers. After reading this, watch the movie and you will notice many similarities.

In 2002, my brother ran into a problem with the IRS and to help him out, I began to research the Tax Code. One thing led to another and suddenly I was uncovering information about our government, which was directly in conflict with the U. S. Constitution and what I have been led to believe throughout my life. In time I began to interface with people from every state in the Republic, who was doing the same thing I was doing; some for the same reason and others for different reasons. We began to trade our research and the facts I uncovered was totally in contradiction to the history of America, which had been taught to us in public school and the principals of law, I had absorbed during my service as a Judge.  I began to assist people to prepare and file suits in the courts and I filed several of my own. At one point, because of the information I'm about to provide to you; I became extremely depressed. After about three months, I eventually shook it off and continued on with my research.

My hope in writing this is to help you, the reader, make sense of it all, which will require you to wash your mind clean of the brainwashing you were subjected to by our government, our government controlled public schools and church's and re-educate yourself. When you understand the actions, the reactions will make sense, and it should anger you! Eventually, you will have a choice to make; a choice that will define: "How to survive life in, The Matrix?" In 'The Matrix' nothing is real however, your mind has been conditioned to believe it is real! The Matrix is far too big to defeat; no one can escape it, and we haven't the means or intelligence to beat those in control! Through my research, I discovered that America is a society of functional illiterates! I remind you that this is not my opinion, I'm just the messenger!

The people in charge of the Matrix represent the most powerful and intelligent humans on earth. When gifted children appear in the public schools of the world, they are courted with scholarships, money and eventually memberships into secret societies! They will be introduced to very persuasive intellectuals, who will convince

these young gifted people, that it is their place and duty to be a part of the elite who rule the worlds population, because the rest of the worlds population are too stupid to make decisions for themselves (their comment - not mine)! When the "New World Order" is officially and openly in control, only the extremely intelligent will be allowed to propagate. Everyone else will be sterilized or murdered through staged pandemics, used to eliminate excessive populations! Every Foreign Revolution, the World Wars, the Depression, Prohibition, Korea, Vietnam, the Middle East conflict and the Influenza Epidemic during World War I; was planned and orchestrated by these people!

Many early writers researched much of this history and were forced to fund their own publication and the distribution of their work. Most never received the acclaim they deserved, and never knew our government was responsible for their failures! I am prepared to supply anyone interested with mounds of research in support of what I have written herein!

When I've conveyed parts of this information in court documents, the opposition's lawyer, responds to their clients that, "I'm just crazy," and if the judge is within ear-shot of that comment, he will nod his head in judicial agreement! Well, I guess that caps it! If a lawyer and a lawyer judge, both contend that I am crazy, then I must be crazy! They wouldn't lie to you! .......... or would they?

THE motive of our Founding Fathers was totally self-centered. It was their personal greed that inspired them to accept the task of writing the Constitution of the United States and not patriotism! In actuality, the United States is not a land or a place: 'It is a corporation, a legal fiction that existed well before the Revolutionary War.' [See: Republica v. Sween, 1 Dallas 43 and 28 U. S. C. 3002 (15)].

The Constitution of the United States was written in secret by the Founding Fathers and was never presented to the Colonists for a vote. Surely, any document as important as this demanded the approval of the people it governed! Well, it wasn't presented for a vote because the Constitution wasn't created for "We the People," it was created by and for the Founding Fathers, their family, heirs and their posterity! The Constitution is a business plan and any reference contained within it that appears to be the safeguard of a 'Right' is there because none of the Founding Fathers trusted each other. The safeguards were intended to prevent any one or group of them from cutting out the others! Proving that; "There's no honor among thieves!"

Americans are not unlike all other humans who inhabit the earth. All human beings possess malleable minds, which are minds that can be shaped and controlled; and when government shapes and controls a mind, it's called "brainwashing." Brainwashing causes the subject to become 'functionally illiterate.' In America, our functional ignorance excels in the areas of history, government and law, which really are one in the same. Ninety-eight percent of the officials in public office are lawyers and these so-called representatives set policy and created the laws that govern this society. Their use of Greek and Latin terms in law and the

2

habit of changing definitions and usage of common words is intentional. The intent is to confound and confuse the general public; and to hide the treason they are implementing; and so that members of the public are forced or decide to hire a lawyer out of frustration, rather than try to represent themselves in our, 'fictional courts of law.' As you read on I'll explain to you why and how, our courts and laws are fictional!

There has never been a law on the books created by the Congress, which made it illegal for a common man to practice law. Every Judge of a District, Circuit or Appeal Court, except Justices and Magistrates, is a lawyer and a member of the Bar. These Judges have the authority to establish local rules of court and those mentioned, have created a local rule that prevents common people from representing any other person in their court or 'to practice law without a license!' A license requires that you produce your Bar Association number. For those who don't know, the Bar Association is simply a 'Lawyers Union,' and when lawyers are accepted into the Bar, they are required to swear allegiance to a foreign power! The American Bar Association is a branch of a national organization titled; "The National Lawyers Guild Communist Party" and can be found recorded in the United States Code at: [28 U. S. C. 3002, section 15a]. They have become so big and entrenched that they no longer fear reprisal!

Whenever I tell people that there is no actual law that makes it a crime to represent another person in court, their reaction is, "liar!" I remind them that Abraham Lincoln and Clarence Darrow never went to law school or passed the Bar, but their reaction is understandable because the Bar is a very powerful organization and its members have infiltrated every nitch of American life and business. How many times in your life have you heard, "You can't practice law without a license?" I've heard it said in numerous movies spanning one hundred years; in my mother's soaps and by comedians in jokes and in theatrical skits. I've seen the phrase in print in newspaper articles, magazines and heard it on the radio! Before I learned the truth about this fact, even my personal lawyer made that comment to me! We all have been brainwashed to believe a lie and because we've heard it so often from people we trust, and who are supposed to have our best interest at heart; we all just assume it must be true! How many other lies have you assumed, "it must be true?"

Our America society has been lied to by their government and lawyers more times than you will sign your name in your lifetime, and we have been indoctrinated "brainwashed" to believe that the Constitution was created for "We the People." The purpose behind these lies is to make you believe that you are free, safe, protected and secure, and it is all an hallucination! How many of you have studied each line of the Constitution; the Statutes at Large and the Articles of Confederation, armed with a reputable dictionary or a law dictionary from that era?

If you take the time to do this, you will soon discover that the true purpose of the Constitution was to create a business plan and to establish a Military Government, for the protection of the Founding Fathers, the Kings commerce, protection of his Agents and the future control of his subject Slaves! Even the preamble of the U. S. Constitution is a clue to the lie and which states, **"...to ourselves and our posterity!"** If you **never** saw the title, "The Constitution," and you were never told what this document was about; what do you

3

think would be your first impression upon hearing or reading: **"...to ourselves and our posterity!"** The CONSTITUTION is not for "We the People" and AMERICA is a Matrix of misinformation. In the eyes of those in control; America is nothing more than a large Plantation and "We the People" are the Slaves. In many U. S. and World Treaties, the term **"high contracting powers"** is used to define your **Masters!** Everyone else is considered by them to be their **Slaves!**

All of the Founding Fathers had two things in common. They all shared the gift of a good education or were gifted individuals, and they all came from families of business and or substance. These men all suffered from, "visions of grandeur!" They viewed America as their one opportunity to make them powerful and wealthy **"..........to ourselves and our posterity!"** Initially, their plan was to steal America away from the King; despite the fact that King George funded the exploration of the New World, which legally gave him first claim to all new continents discovered.

The seizure of the Americas by the Kings explorers was not as it has been depicted in our history books, presented to us by our government, in our government controlled public schools. Native Americans (the Indians) were murdered, their villages burned, many were enslaved, infected by diseases brought from England and their lands taken by force and the threat of force, by these early explorers! The Indians were labeled savages by these immigrant explorers from England, but the true savages were our English ancestors!

One thing the Founding Fathers did not know, was that all of the Kings lands and all future acquisitions such as the AMERICAS, had been given and pledged by King John to Pope Innocent III and the Holy Roman Church, by the Treaty of 1213. After that fact was proven to the Founding Fathers; King George and representatives from the Vatican; decided to use the Constitutional draft created by the Founding Fathers, to further their plan to control the Colonists! Control attained by bringing the Colonists to their knees in debt! Any way you read it, the Constitution was never written with the intent of benefitting the American people!

Did you know that 98% of the Law Schools in America and England do not include Constitutional Law as a part of their law curriculum? The reason for this phenomenon is because Constitutional Law does not apply to or affect the enforcement of statutes, codes or administrative regulations, which have replaced constitutional law, the common law, public law and penal law and which have been designed to control you; [e.g.] Constitutional Law is taught as an elective at Harvard, Yale and Cambridge, and only for students of law who are planning a future career in government. This should make sense to you as you read on.

In the true History of America, neither side **WON** the Revolutionary War! At first, the appearance of English troops in the Colonies; was simply a show of force by King George, intended to intimidate the Colonists and force them to pay him taxes. Factually, back in England; English soldiers refused to take up arms against the Colonists because they were English citizens and relatives.

Mr. Mayer Amschel Bauer, founder of the Rothschild Banking Empire; by this time, owned the King! Mr. Bauer had extended unlimited credit to the King and arranged

4

contracts with him, which permitted the Rothschild Tax Collectors to represent and collect the Kings Tax from the Kings subjects. [This is the origin of the concept behind the establishment of the IRS]. It was Bauer who suggested to King George that he enforce a Tax against the Colonists in the New World, since the tax being collected in England was barely enough to pay the interest on the Kings loans. When English soldiers refused to fight; Mr. Bauer negotiated a contract with unemployed Russian/Germanic soldiers, to fight for King George, at a cost of 50¢ a day. Bauer then informed King George that he had hired these soldiers in the Kings name but at a cost of $1.00 a day!

King George utilized these soldiers; dressed them in English soldier uniforms and ordered his career Officers to command them. When his show of force in the Colony's failed; Mr. Bauer suggested that King George finance the Colonists in their War efforts against him, and bring the Colonists to their knees in debt! The King succeeded in accomplishing this through his appointed civilian figurehead's in charge of his government of France. Mr. Bauer wanted to expand his Banking Empire into the Colonies. He discovered that the Colonist didn't trade in gold or silver but used script as the basis of their economy! The script money used, were promissory notes printed by the Colonists. All the Colonists agreed that they would consider these notes, the lawful currency of the colonies. Mr. Bauer wanted gold or silver and induced the King to demand that his Tax in the Colonies be paid in gold or silver! It was that condition, "that broke the camels back" and caused the "Boston Tea Party!" "Whoever controls the money - controls the country!" [Rothschild]

Surreptitiously, King George infiltrated the Colonies and their feudal attempt to form a new government, using spy's' composed of English lawyers and English aristocrats, loyal to him. The spy's assignment was to infiltrate the new government; carry out the plan to defeat the Colonists through debt and establish regular reports to the King! The Church also had their appointed representative in place to protect and insure that their interest is being observed. Much of the loans received from the French, went into the pockets of the Founding Fathers!

The Founding Fathers eventually conceded to King George and the Holy Roman Church's demands, by and through the intervention and persuasiveness of the Kings spy's. Ironically, the common denominator or glue that eventually bound King George, the Founding Fathers, the English lawyers and English aristocrats together was a secret society called the "Illuminati." Even Paul Revere and Benjamin Franklin, were members of the Illuminati! This secret society had a criminal and deadly past in Europe and in America they were eventually renamed, "The Free and Accepted Masons." The majority of the regular membership of the Free and Accepted Masons; do not know about the "Illuminati influence" within their rank and file! The Illuminati members operate out of special secret societies separate from the regular Masonic membership and are found in every branch of the Free and Accepted Masons of the World!

Think about the Colonists who we have been taught to revere by our public school system! All of these individuals were members of this secret society and all were Traitors. Our history books also instruct us to apotheosize the Founding Fathers, but don't hold them in reverence, hold them in contempt! By and through their intervention, **"Slaves you are and**

**Slaves you will ever be!"** An example of a man in history we have been taught to revere is Benjamin Franklin. Would it shock you to learn that he was on the Kings payroll and his many trips to England, was actually to report on the colonial government to King George?

The Declaration of Independence is another story omitted from our American history books. Of the fifty-one men involved in the creation of the Declaration of Independence, twenty-one were actually (traitors) and on the Kings payroll. During the Revolutionary War; English Officers were provided the names, addresses and family members of these thirty (loyalists) involved in the creation and signing of the Declaration of Independence. The English soldiers had been ordered to hunt down and murder all thirty (loyalists), their wives, children and all relatives, with further instructions to burn their bodies inside their homes. The soldiers were to leave no trace of these men and their families; to wipe out their existence for an eternity! The history of civilizations has taught us all that martyrs are dangerous to men of power and King George didn't want to leave any martyrs! It is pretty obvious who provided the detailed information about the thirty (loyalists), their family and addresses!

At first glance, it appeared that Guy Madison of Virginia; was so concerned about lawyers holding any position in American government, that he championed the 13th Amendment, which barred lawyers from holding any public office in government! The 13th Amendment was ratified, but never made it into print in our government controlled school books and public classrooms. The Amendment was surreptitiously removed and replaced by the 14th Amendment. The 15th Amendment became the 14th and so on. Madison's efforts appear admirable but his later actions, as a member of the 1st Congress; suggests that his only real concern was to block lawyers from undermining the theft that he and his compatriots' had planned for America!

Once the cost of the Revolutionary War sufficiently placed the Colonists in debt; the English soldiers were ordered to dispense with their efforts, recover their arms and within the next eight years they eventually returned to England. The Colonists were so glad to see the fighting stop; that they allowed the soldiers to retreat and exit America peacefully. There is an old legal Maxim that states: **"The first to leave the field of battle - loses."** Pursuant to this Maxim, the Founding Fathers proclaimed the Colonists the victors! A Maxim is a legal truth that is time honored and incorruptible.

In reality, the War was just a diversion! The Colonists had no chance of succeeding in their efforts. Examine the facts for yourself! During this era; England had the largest Army and Navy in the World. King George owned England, Ireland and France, having a combined population of about 60 million subjects. The Colonists were poorly educated, poorly armed and composed of farmers, tradesmen, bonded slaves, women and children and boasted a total population of only 3 million subjects. And considering the undermining that was occurring to their nation by the Kings spy's and the Founding Fathers; the Colonists didn't have a prayer of defeating the English!

Americans have been indoctrinated by our federal and state governments and through government controlled public schools and literature; government controlled media and

6

government controlled churches [YES, EVEN THE CHURCHES]; to believe that America defeated the English! We celebrate that victory and our so-called Independence each year on the 4th of July, and it is all a bunch of propaganda; a carrot to lead the horse and keep this society stupid and passive! We boast today that our country represents the finest schools in the world, but in reality, we're no smarter than the first Colonists! We only know more about other things because of new technology developments during the last 250 years and yet the average IQ of America is 70.

Documented proof that the Constitution was not for us can be found at: **Padelford, Fay & Co. v. The Mayor and Aldermen of the City of Savannah, [14 Georgia 438, 520].** This was a Court case wherein the Plaintiffs sued the City of Savannah, for violating what they believed were their constitutionally protected rights! The decision of the Judge says it all: **"But indeed, no private person has a right to complain, by suit in Court, on the ground of a breach of the Constitution, the Constitution, it is true, is a compact but he [the private person] is not a party to it!" [Emphasis added]**

The United States Constitution was converted into a **(Trust)** and the legal definition of a **Trust** is: **"A legal obligation with respect to property given by one person (donor), to another (trustee), to the advantage of a beneficiary (Americans)."** The property in this Trust includes all land, your personal possessions that you believe you own and your physical body. The donor of the Trust is the King of England and the Holy Roman Church. The Trustee's are all federal and state public officials, which means that they truly are Agents of a foreign power; the King and the Vatican.

The reason the Constitution was converted into a **Trust** is because, as a non-trust business plan; **The Constitution** completely bound the hands of our government officials! By their converting it into a Trust, our public officials; were then free to make any changes they desired to this government, without their constituents knowledge! The rules of a Trust are secret and no trustee can be compelled to divulge those rules, and the rules can be changed by the trustees without notice to the beneficiary!

The one pitfall confronting them and their plan was the fact that by converting the Constitution into a Trust, our public officials had to legally assign a beneficiary; and the beneficiary chosen could not offend or be in contrast to the numerous International Treaties that were in force. Our public officials wanted to stay in control of the Trust as the **trustees;** however a trustee cannot also be a **beneficiary!** So even though the Constitution was never designed or written for the Sovereign American people; they unknowingly became the beneficiary of this secret Trust and hence, the creation of the "propaganda" regarding our Constitutional Rights!

All high ranking public officials, lawyers and judges; laugh at the ignorance of people who claim that their Constitutional Rights have been violated! Lawyers are actually taught to treat the members of the general public as inferior individuals! This also explains the 'air of arrogance' that most lawyers convey in their demeanor and speech!

The more powerful Agents of the states and the federal government however, have been stealing the benefits from the Trust through numerous maneuvers that have the appearance of being lawful. In their defense; many former public officials (Agents) were not corrupt to begin with but, by accepting bribes or as the result of enjoying an arranged extramarital relationship; they became the victim of an extortion plot and succumbed to the threat to expose the bribe or their elicit affair, to their constituents! By becoming an (Agent), all was forgiven and forgotten! The people, who arranged the bribes, also arranged the situations, and applied the pressure to force honest men to become dishonest! [An example of this could be a sudden demand by a Bank to pay off a loan, based upon a hidden clause in the loan contract and which could result in a foreclosure, bankruptcy and scandal]!

There are no remaining public federal employees in America! All employees who you believe to be a part of America's government, are actually agents of a foreign government and this definition includes the [President]! The federal elections are a joke on us! All of the candidates have been (jointly preselected and prescreened) by the National Boards of the Republican and Democratic Parties, well before the Election process. All of our federally elected officials, appointed administrators, federal police and Judges; receive their paychecks through the Office of Personnel Management. OPM is a division of the International Monetary Fund, which is owned by the Rockefeller and Rothschild families and their Banking Empires, which operates in tandem with the United Nations. The IRS and Interpol; are owned by the International Monetary Fund, which has been identified in an earlier version of the U. S. Army Manual, as a Communist Organization!

Those Americans, who do not know how to assert their beneficiary status; are treated by the government and their courts, as a **corporate fiction!** The corporate governments and their courts, only have jurisdiction over corporations. Corporations have no rights or jurisdiction over living people and are only provided **considerations,** which have been pre-negotiated in contracts by their directors. Otherwise, they're governed totally by commercial law, and so are you!

At this point, I believe I should address a **"corporate fiction"** for you by creating a situation you can relate to.
**SITUATION:** [You've decided to go into business for yourself and you thought up a clever name for your business. Everything you've read and the advice received from a lawyer or friend; suggests that you should incorporate your business! To incorporate is to create a business on paper. It isn't real; it is a business in theory, which makes it a fiction! The lawyer or accountant you hired to prepare your corporation; records your business with the state as a state corporation and identifies you as president of the board of directors, not the owner. Your business is now **"a corporate fiction"** and by recording the business as a state corporation; you no longer own it, the state owns it! You just gave your business away and made yourself an employee]!

Our presumed government representatives have done the same thing to each of us. They changed each of us from "a sovereign" into "a corporate fiction." Your corporate name is easily identifiable, in that it is expressed in all capital letters on all your documents and all communications received from every government agency!

the paper and that ruling gave the federal government the green light to initiate its "brainwashing" process of the American public.

Let me explain how the Court arrived at its ruling because these are not ignorant men! On every form you file to receive "government benefits" and even the "voter registration form," there is a question that asks: **Are you a United States Citizen? YES / NO** and everyone circles the **YES** answer. Didn't you? Now look up the definition of a "United States Citizen," in a reputable law dictionary. You will discover that a United States Citizen is a phrase designed to identify a "corporate fiction!" Clever, isn't it? You and every other American had no idea that you were admitting you were a corporate fiction when you circled that **YES** answer, and you did it under penalty of perjury!

The sovereign states had been abolished in 1790 by the adoption of **Article 1 of the Statutes at Large**, which converted all the sovereign states into federal districts and gave the federal government lawful jurisdiction everywhere. In consideration of the fact that the federal government is a corporation and that corporations can lawfully own other corporations; and all the American subjects to be educated have admitted under penalty of perjury that they are corporations; the Supreme Court ruled in favor of the corporate federal government. [See how sneaky and tricky lawyers can be? And all the more reason why lawyers should never be allowed to serve in government or in judgment of us]!

Under our corporate governments, no Sovereign can lawfully be tried or convicted of any statutory crime! I recently discovered how to avoid prosecution under the Trust, when a Sovereign is taken before a corporate prosecuting Attorney or a Judge:

*First*: **"the Sovereign must inquire if we are on the record, and if not, insist upon it! Say nothing, sign nothing and answer no questions until you are convinced that the proceedings are being recorded!"**

*Secondly*: all a Sovereign has to say for the record is: **"I am a beneficiary of the Trust, and I am appointing you as my Trustee!"**

*Thirdly*: the Sovereign then directs his Trustee to do his bidding! **"As my Trustee, I want you to discharge this matter I am accused of and eliminate the record!"**

*Fourthly*: if the Sovereign suffered any damages as a result of his arrest, he can direct that the Trust compensate him from the proceeds of the Court by saying; **"I wish to be compensated for [X] dollars, in redemption."**

This statement is sufficient to remove the authority and jurisdiction from any prosecuting attorney or judge. The accused will be immediately released from custody, with a check, license or claim he identifies as a damage. It doesn't matter what the action involves or how it is classified by the corporate law as a civil or criminal action! It works every time!

All of the Codes, Statutes and Regulations throughout the United States are a **Will** from the **Masters to their Slaves**. A **Will** is defined as, **"An express command used in a dispositive nature."** When individuals in America are charged with a crime and warehoused in a jail; it is because they went against the **Will** of the Masters, and not because they harmed another

10

person! Remember that: **The Will demands from us, all that we are; keeps us in check and promises us nothing!**

The police officer, who arrested you, has been "brainwashed" into believing that he is doing the right thing, when in fact he is nothing more than an "armed slave acting as a henchman" and hired to bully and intimidate all other Slaves into submission of the **Masters Will**! This statement will probably offend most police officers but this is fact and it is not their fault! Most police officers believe they are performing a public service and doing the right thing in the performance of duty. They have been lied to by the government and in most cases police officers are pumped full of lies more so than anybody else!

Recently, the Police have all been ordered to complete (paramilitary training) and were told that this is essential because of the new threat of Terrorism! The people responsible for this training and brainwashing are the same people and foreign Agents who have been controlling all of us since our birth! **NOTE:** I'll bet that nobody told these police officers that these suspected Terrorists may come at them from their very own government officials!

So now our government officials have our police officers training to act as a military unit. [e.g.] Follow our orders and don't think! They have succeeded in placing these officers on edge, so that their every reaction; will be an over-reaction to the situation, just like Hitler's Gestapo! Near the end of this paper, I will disclose to the reader about a situation that has been planned by our government officials and is soon to unfold! The police paramilitary training and their extensive brainwashing has been implemented specifically for this event!

It is expected that police officers will over-react and begin killing innocent Americans, and once they are no longer of use, the officers and their families will all be ordered to receive vaccinations that will kill all of them! My guess is that after this planned mass genocide has occurred, the Russian and Chinese military will replace them in the field.

Part of the Fraud perpetrated against "We the People" by this **Will,** is the fact that there are actually **no criminal laws** in America. The Rules of Procedure used by every Local, State and Federal Court are Civil Rules, not Criminal! Court officials simply substitute the word criminal for civil, depending upon the case at hand. **Rule 1** of the Rules of Civil Procedure Reads: **"There shall be but one form of action, a civil action."** This means that the Criminal laws promulgated and enforced by the police and our corporate governments are all civil and are being fraudulently enforced against our "**corporate fictions**" as criminal. When anyone goes to jail, it is for a civil infraction of the **Masters Will**. That makes all of our jails, debtors prisons! "Does that Ring a Constitutional Bell?"

**Title 18, Federal Crimes and Offenses:** was never voted on by the Congress, which means that these federal laws are **NOT positive law** in America! Now, if you were a part of a government conspiracy to destroy America and soon to commit a mass genocide of its population; would you really want to vote **Title 18** into positive law? My belief is that the Congress intentionally omitted its passage, so that members of Congress could use that as a defense, should they be caught and tried for Treason!

11

Do you believe the lawyers hired or appointed to represent all the individuals accused of federal crimes, knew about this fact?

You bet they know!

Armed with this fact: Now look at the number of convicted people sitting in federal prisons, who believe they have been lawfully convicted of violating a federal crime! How many do you imagine have been put to death? How many were shot and killed during the arrest? How many were killed attempting to escape from their illegal confinement?

The Internal Revenue Code relies upon **Title 18** to convict people of Tax Evasion, which (only applies to corporations). Look at all the people sitting in federal prisons who were convicted of this so-called crime? What makes it worse is the fact that the Queen of England, entered into a Treaty with the federal government for the taxing of alcoholic beverages and cigarettes sold in America. The Treaty is called **The Stamp Act** and in this Act, the Queen ordained that her subjects, the American people, are exonerated of all other federal taxes! So the federal income tax and the state incomes taxes levied against all American's is contrary to an International Treaty and against the Sovereign Orders of the Queen! Like it or not, the Queen is our Monarch and Master! The Tax is illegal and still people have been prosecuted and imprisoned, contrary to law!

One hundred percent (100%) of the people sentenced and held in all American Jails have either been convicted of crimes that are **not positive law** or were convicted of **civil** crimes, and are being detained there by their consent! That's Right! The lawyers and judges representing our legislature and judicial system; created maneuvers to insure that anyone who is accused of a so-called crime and posts bail, (signs a contract to appear and consents by that contract to the proceedings scheduled). Anyone who applies for a public defender, signs the same contract without knowing it and anyone who privately hires a lawyer to represent them in a Court proceeding, consents to the same contract upon the lawyer filing a "Notice of Appearance!" When you hire a lawyer, you signed a Power of Attorney. He is required to file his Notice of Appearance in that case and that Notice of Appearance offers your consent and binds your appearance to the proceedings!

Absent these aforementioned contracts; the Court cannot proceed against you! When that occurs; the Judge and the Prosecutor, attempt to trick and intimidate you into giving your consent! If you don't know how to invoke your Sovereignty, and you take what they throw at you, and stand your ground; they will be forced to release you after 72 hours has elapsed!

I'm not a bleeding heart liberal who believes that we should open up the jails and let everyone out! There are people in our jails who need to be there, despite the fact that they have been incarcerated illegally! My vote is to leave that hornets nest alone!

We American's are so proud of the fact that we live in a Democracy! Now look up the word **"Democracy,"** in a reputable Law Dictionary and see the legal meaning. Democracy is defined as: **"A Socialist form of government and another form of Communism."** Do you remember the lies that President Reagan, the Congress and the Media told America?

12

The lie was that, **"The Iron Curtain fell without a shot being fired!"** The truth is that the Iron Curtain came down because Communist Europe found an ally in the West and there was no longer a need for walls! **PS/** Your Federal Taxes constructed the Worlds largest automated vehicle and munitions plant for the Soviet Union, during the dismantling of the Berlin Wall! **PPS/** The attempt to assassinate President Reagan occurred because he had disclosed to the American people that: "None of the federal income tax paid by the American people is ever deposited into the United States Treasury and is being deposited into the Federal Reserve Bank for its use and benefit!" Shortly after making that statement, Reagan was shot by John Hinkley, who was quickly declared insane, so that there never would be a public trial! If you recall, President Reagan was never the same after that incident! The Masters don't play around - they eliminate problems or radically curve attitudes!

 On September 17, 1787, twelve State delegates of the Thirteen State Colony's approved the United States Constitution, not the Colonists, and by their doing so, the States became **"constitutors."** A "constitutor" is defined under civil law as, "One who by simple agreement becomes responsible for the payment of another's debt." [See: Blacks Law Dictionary, 6th Edition].

 Many early immigrants to the United States arrived here as Bonded Slaves. A person of wealth or substance became the [payor] by offering to pay or promising to pay or [bond] the debts of another person, and usually paid the cost of his or her voyage to America. This made the payor a [constitutor] and gave him title as [master] over the debtor [slave] by written contract. A "Bonded Slave" is a **corporate fiction**. The payor's new title and power as the "Bond Master" of the debtor, causes the immigrant to become "a Bond Slave" and the property of the Master until such time he is paid back his investment by the Bond Slave or by someone else. This means that the Bond Master can buy and sell these contracts!

 If a Bonded Slave was mistreated by his Bond Master; the law did not represent him because the Bond Slave (a corporate fiction) had no human rights afforded to him by any law! Corporate fictions have no rights. If the Bonded Slave desired rights, he was obligated to negotiate them in his contract with the Bond Master before accepting the contract. If the Bonded Slave runs away from his abusive Bond Master; the law in place however, attached a bounty, hunted him down and returned him to the Bond Master. Remember also that the first Slaves in America were (Indian) and then Caucasian, of English, French, Irish and German ancestry.

 ## The Constitution is not for "We the People:"

As mentioned before, the Colonists were never presented the Constitution to vote on its passage and approval because the Constitution was never written for them and has been rewritten two more times since then, but only our government officials know about that! And now, so do you!

 **1) Article ONE of the Constitution** allows the Congress to borrow against the full faith and credit of the American people without end. It keeps us eternally in debt and makes all

loans the government received from the King or any other entity, valid and enforceable against "We the People!" How is that good for us?

**2) Article ONE, Section EIGHT, Clause (15) of the Constitution** reads that it is the Militias job to execute the laws of the Union. The Militia is a military unit something like the Police or National Guard, and is composed of members of our local community. The new State Constitutions however, make Militias illegal except in time of war and authorizes the Police to arrest the members of a Militia, should they attempt to reform their ranks! How is that good for us?

**3) Article ONE; Section EIGHT of the Constitution** gives the Congress complete power over the Military. What do we do when it's the Congress, who we need to have arrested for Treason and Peonage? How is that good for us?

President Obama has changed the Military Oath. Soldiers no longer swear to support or defend the Constitution but rather to support and defend the President! Now, isn't that convenient?

**4) Article SIX, Section ONE of the Constitution** is the law that makes American Citizens responsible to file income tax returns and not because of Title 26 of the United States Code. Parts of our flawed history, taught to you by our government controlled school system, accurately described that the English people had been taxed into a state of poverty by King George and was **one** of the reasons the Colonists fled Europe for the New World. So how is this good for us?

 The IRS is not a U. S. Government Agency, they are Agents of a Foreign Power, operating under a private contract and your obligation to pay and file federal taxes is a scam! Only federal employees and persons born in Washington, DC and the federal territories were ever obligated to pay and file, prior to **The Stamp Act** but we were never informed of that fact!

Our government has brainwashed us into believing that the National Debt is all our responsibility, and a patriotic responsibility to pay our fair share! Here's the Truth about that subject!

The National Debt is a Federal Debt, and always has been! The name change was the clever use of "propaganda" intended to invoke our civil patriotic pride! The foreign Agents in charge of our government; have been borrowing funds to line their pockets with, to buy influence, make business deals and seal Treaties with communist Third World Countries and Dictators, which will never benefit "We the People." They have lied to us, enslaved us, imprisoned us and sold our gold to the Vatican in 1933 and invested the proceeds for their selves! The money they have been borrowing since 1933; is not real money but, "negotiable debt instruments," which is the same thing as monopoly money! This means that in order to pay off the Federal/National Debt; all they ever had to do was print a money order, without any account numbers on it, for the entire debt, sign it and present it to the lender [The Federal Reserve Bank] and the debt is paid in full!

 The foreign agents who purport to be our public officials; are responsible for eliminating the strength of the American Labor Unions, the elimination of our jobs, the erosion of our

inalienable rights, and have instigated every war or conflict we have ever become involved with in history and (they convinced us that it was the other guys fault)! They have converted us into corporate fictions, and sold us as securities to foreign corporate investors, and have denied us our heritage! Everything they have been doing is designed to undermine our freedom, liberty and representative form of government! Their goal and final blow against, "We the People," is our mass genocide and the total conversion of our government to communism!

5) **The SIXTEENTH AMENDMENT to the Constitution**, regardless of the dispute of how it was adopted; permits the Federal Government to assess and collect a direct tax against "We the People." Most Americans do not know that the Federal Government is and always has been financially self sufficient, the result of tariff's imposed upon imports, exports and commerce. Not one penny of the Direct Federal Income Tax, paid through the IRS, is ever for or deposited into the United States Treasury. Those Taxes are deposited into the Federal Reserve Bank for the Masters use. So how is this direct tax good for us?

You may be wondering about now, how the United States government can collect taxes from, "We the People," when we are Slaves, own nothing and are not a party to the Constitution? Despite its legality, it is done under a process known as "debt collection" through private contractors [the IRS] and through a private contract, the United States Constitution. The IRS belongs to the International Monetary Fund, who also owns the Federal Reserve Bank. The IMF holds the controlling interest in all the banks in America! The IMF is the Rockefeller and Rothschild Empires, along with the eleven wealthiest families in the World. When you see or hear of a Bank closing - it is a diversion and is intended to injure and panic the public! The condition of the economy in the World today is being manipulated by these people! Their schedule for the adoption of the **New World Order** is close at hand and these public Agents need to scare us into believing that this new form of government is our salvation! Factually, it will only be good for them and it will be our ruin!

6) **Article 12 of the Articles of Confederation** promises the full faith and credit of the American people to repay all loans made by the United States government. The money borrowed by the United States to finance the Revolutionary War came from France. Who owned France? (King George!) Who was the opposition in the Revolutionary War? (England.) Our Founding Fathers promised our labor, equity, full faith and credit, to repay those debts that will, in theory, never come to an end! So how is that good for us?

7) **The Bill of Rights** was not for your protection. They're laws that represent one mans ability, with the assistance of the State, to control another mans actions, and since they're included under the U. S. Constitution, they're not for you! So how is that good for us?

 8) **The Thirteenth Amendment** barred lawyers from ever holding a seat in public office. The Amendment was ratified however, during the second secret writing of the Constitution, this Amendment was dropped and replaced by the 14th Amendment and the 14th Amendment was replaced by the 15th Amendment and so on. The replacement wasn't done by a Constitutional Convention, it was simply omitted! The original Constitution is the Law of the Land and was designed to regulate our government! The

15

13th Amendment still is positive law but now about 98% of our public officials are lawyers; so if we filed motions to remove them from office, who would sign them? Wasn't that convenient for them?

**9)** On August 4, 1790; **Article ONE of the U. S. Statutes at Large**, pages 138 - 178, **abolished** the States of the Republic and created Federal Districts! In the same year the former States of the Republic reorganized as Corporations and their legislatures wrote new State Constitutions, absent defined boundaries, which they presented to the people of each State for a vote! Why this time? Because the new State Constitutions fraudulently made the people **"Citizens"** of the new Corporate States.

A Citizen is also defined by law as a **"corporate fiction."** The people were bound to the Corporate State and the States were bound to the Corporate United States and fraudulently obligated all of us to pay the debts of the Federal Government owed to the King! This was necessary because the United States was officially bankrupt on January 1, 1788 and the politician's (our Founding Fathers) who benefitted the most by these Revolutionary loans, required a guarantee to present to the King! Absent that guarantee, they were personally obligated to repay the debts!

The state constitutions were rewritten again during the Clinton Administration, except now they are called the Constitutions of Interdependence! These Constitutions read just like the Declaration of Independence, except that "We the People" have been eliminated. This is the Magna Carta of the public officials, to protect them under The New World Order Communist Government! The public was never informed of this, like everything else and the media never reported any of the Fraud being perpetrated against America by their public officials!

I could go on and on, discussing Articles and Amendments of the Constitution but suffice it to say that the 'benefits' the government dangled in front of our "naive noses," has been used as an inducement for us to volunteer; and that all of these 'benefits' are received by us at a terrible cost! When we apply for government benefits, the foreign government in charge; converts our living sovereign person into a corporation and then records our person as, **"government asset property"**! The States use to provide protection, stability and security for the people but over time the focus of their attention has changed to the control of our minds, bodies, spirit and assets. To take a loyalty oath to support, defend and obey the Constitution; now is to swear an oath to your **Masters** to be ever loyal to them! **"Slaves you are and slaves you will ever be!"**



**More evidence of our Slavery is as follows:**

a) The primary control and custody of infants is with the corporate state government through the filing of government issued **Birth Certificates**, which are held in a State Trust and therein each applicant is recorded under the Department of Transportation as a State owned Vessel and financial asset. A government issued Birth Certificate was never needed as proof of birth because a baptismal record or a family bible entry of birth, was and is an exception to hearsay and constitutes legal proof of birth! Had your parents never applied for a government issued Birth Certificate, none of the Federal or State Statutes, Codes or

Regulations in place, would be enforceable against you, and no government official or agency could ever tell you how to raise your children; declare you an unfit parent, or take your children away from you!



We all made fun of the Amish of Pennsylvania and yet the government cannot touch them because they do not participate in anything these corporate governments have to offer. The title to their land is recorded as an Ecclesiastical Trust. The Vatican (the Holy Roman Church) actually owns all the land, territories and insular possessions called America and as long as the Amish remain an Ecclesiastical Trust and remain a passive Christian Society, the Vatican will protect them. The Holy Roman Church possesses the power to protect or crush anyone and anything! [See: Tillman v. Roberts, 108 So. 62 [and] Title 26 U. S. C. 7701 [and] 18 U. S. C. Section 8].

b) Social Security is not a Trust or Insurance policy or Insurance against disability. The U. S. Supreme Court has ruled that Social Security is a government giveaway program funded by a government Tax; which is why and how the Congress can periodically dip into the assets of the fund anytime they want and never have to pay it back! The back of the Social Security card states that the card is the property of the government and not you!

Your birth name appears on the front of that card and has been modified, the same way as your birth certificate; from upper and lower case letters to all capital letters, pursuant to the U. S. Government Printing Manual, which instructs government agencies on how to subtly convert a living man into a corporation. The actual Director of our Social Security Fund and Administration is the Queen of England and from which she is paid a generous salary. Your Social Security Card is issued by the United Nations through the International Monetary Fund and your Social Security Number is actually your International Slave Number! On the reverse side of that card is an "E" letter followed by eight numbers. That is a **"cusip"** number, which is required on all securities! Yes! You have been converted into a marketable security, like a bond, and your person was offered for sale and sold to domestic and foreign corporate investors!

c) A Marriage License Application is a request to your "Masters" for permission to marry. If you ever had any claim of sovereignty before that date; you lost it completely when you applied for and married under a marriage license. Sovereignty means: "To assert ones independence and to claim to be self-governing." The license isn't necessary and never has been because a marriage has always been just a contract, witnessed by God, between a man and a woman! Who told you that you must apply for a license? It is the official you chose to conduct your ceremony? The official just happens to be a licensed government official and his license prevents him from conducting marriage ceremonies without the issuance of a marriage license. Did Moses or Jesus ever say or profess that a marriage is not recognized by God, without a license?

### Here's the Fraud behind the License:

Those who apply for and marry pursuant to a marriage license have now added a third party to their marriage contract! The third party is the **Master**, by and through his Agent, the Corporate State. The marriage license bestows the State with the legal right to decide the fate of the husband, wife and the possessions they procured during their marriage, should the marriage fail. Their divorce must now be decided by and through the States Corporate

Court by a Corporate Judge, and the Judges first and foremost concern is the "interest of the State." The interest of the bride and groom is now secondary.

[See: VanKosten v. VanKosten, 154 N.E. 146]. A comment by the Judge deciding this divorce says it all! **"The ultimate ownership of all property is the State: individual so-called ownership is only by virtue of government, [i.e.] laws amounting to mere use must be in accordance with law and subordinate to the necessities of the state."** [Also See: Senate Document No. 43 of the 73rd Congress, 1st Session] and [Brown v. Welch, U. S. Superior Court].

d) The term **"license"** is defined in law as, "A permit to do something illegal." [See: Blacks Law Dictionary, 6th or 7th Edition]. Therefore, all licenses are permits to violate the only real law! Inalienable rights are the rights bestowed upon all living men, by God at birth! All other laws are subordinate to God's law. The controlling government wants us to rely on their laws, so they demand that we apply for a license! Another example is a "Drivers License." It is your God given right to travel the roadways of this nation and no government has any right to restrict, tax or license your pursuit of happiness! The only exception is a Driver of a Commercial Vehicle. The governments have a right to regulate Commerce, which means trade. Anyone operating a vehicle in Commerce must be licensed but all others are absolutely free to travel without one! The foreign Agents in power; have changed the common meanings of words to encapsulate and control every Sovereign. They succeed in this intimidation through the corporate courts and police enforcement by officers who have been brainwashed and reinforced by mandatory training programs.

e) The use of **"Trusts"** by the Masters and their Agents; is for a good reason! A **Trust** by law is **secret** and neither the Masters nor their agents [the Corporate Government and Courts] can be compelled to expose the rules or regulations of the **Trust** and those regulations can change with the wind, without notice to the participants! [See: The Law of Trusts].

f) Slaves cannot own property. Look at the Deed to your home. You are identified as the **[Tenant]** of the property and never the Owner and your Local and State land tax is actually a **"rent or use fee"** assessed by the State for the lease on the land. You gave them the land after closing via your Lawyer. Did he ever tell you that?

After closing, your Lawyer recorded the deed with the Court. The law only suggests recording the deed, it doesn't mandate it! Upon recording, you gave the land back to the State, who then leases it back to you for as long as you live there! Isn't that where you have constructed your home, your castle? I'm paying for it, doesn't that make the land mine, you ask?

If you fail to pay the States assessed **"rent or use fee**," which has been cleverly disguised as a direct state tax; you will be evicted from your castle and land, and the state will take title and sell your home under commercial law. Commercial Law ordains that, "Anything permanently attached, is retained by the owner!" Who is the owner of the land? Why the State because you so graciously donated it to them.

18

Oh, I almost forgot; your Lawyer receives a fee from the State for recording your deed for their use and benefit! How do you feel about your lawyer now? Didn't you pay him to represent "your interests" at the closing?

Now you see why lawyers are the brunt of numerous jokes and have such a poor reputation! Its because they deserve it!

g) Foreclosures are nothing more than evictions, based on a different kind of fraud. The illusion of a debt **[Mortgage]** that never existed! No individual or family who has been foreclosed on and evicted from their home in the United States is legal! The only exception to this is owner-financing!

Other than owner-financing, the people who purchased their homes through a Mortgage Company, actually owned their homes "completely" on the day of the closing. The real legal definition of a "closing" means that all legal interest as to title is concluded. [See: any reputable Dictionary from the 1800's]. The definition has been changed by our government lawyers to conceal the fraud.

## [Explanation of the above statement]

First you must know that the federal government took America off the gold standard in1933, during a staged bankruptcy called the "Great Depression" and replaced the gold with an economic principle known as, **"Negotiable Debt Instruments."** [YES, THE GREAT DEPRESSION WAS STAGED!] The government needed to create a catastrophe to implement standards that were designed to steal your possessions and God-given rights!

The process of creating a catastrophe was discovered by behaviorists! Take away a persons food, comfort and safety long enough and they won't care or question the illusion provided, as long as their stomach is full, they have shelter, a comfortable bed and the means (real or imagined) to keep or continue their comfort!

President Roosevelt unconstitutionally collected America's gold by Executive Order and sold it to the Vatican by way of China, to conceal its true ownership. The gold in Fort Knox belongs to the Vatican and not the United States! Absent a gold base, Commerce now essentially trades in "debts." So if you borrowed money for a Mortgage and there's no gold or real value to support the paper called U. S. Currency; what did you actually borrow?

Factually, you borrowed debt! The Mortgage Company committed the ultimate fraud against you because they loaned you nothing to pay off the imaginary balance, not even their own debt instruments. They then told you that you owe them the unpaid balance of your home and that you must pay them back with interest, in monthly installments!

**Here's how they did it.**
At your Closing, the Mortgage Company had you sign a **"Promissory Note"** in which you promised your sweat, your equity, full faith and credit against an unpaid balance. Then without your knowledge, the Mortgage Company sold your Promissory Note (your credit) to a Warehousing Institution such as, Fannie Mae or Freddie Mac. The Warehousing Institution uses your Promissory Note (your credit) as collateral and generates loans to other people and corporations with interest. Collateral is essential to a corporation because corporations have no money or credit. They're not real, they're a fiction and require the

sweat, the equity, the full faith and credit of living individuals to breathe and sustain the life of the corporation. Corporate Governments operate under the same principle.

The Warehousing Institution makes money off the "Promissory Note" (your credit) and even though the profits made are nothing more than new (Negotiable Debt Instruments), those instruments still have buying power in a (Negotiable Debt Economy). These debt instruments are only negotiable because of the human ignorance of the American people and the human ignorance of people in other countries of the World, who have all been lied to, told this has value, and the people don't know the difference!

Did you ever give your permission to the **Mortgage Company** to sell your credit? So where is your cut of the profits? If the Mortgage Company invested **nothing** of their own in the purchase of your home, why are you making a monthly Mortgage payment to them with interest? And where do they get off foreclosing on or against anyone or threatening to foreclose?

They do it by fraud and the **Masters and their Agents** (the governments, the courts and the banks) all know it! Everything done to us and against us is about sustaining their lives, the lives of the corporate governments they command and to keep **"We the People"** under their complete control! They accomplish this control by taking away or threatening to take away your comfort and independence! They all use fraudulent means, disguised as law!

**Note:** When you applied for a Mortgage, the Mortgage Company ran a credit check on you and if you had a blemish on your credit record, they charged you points (money) to ease their pain and lighten the risk (a credit risk) of their loaning you a Mortgage! More Fraud! Why are you paying points, when they never loaned you a dime! The credit report is just another scam. If you have a high credit report, the government and banks identify you as an "Obedient Slave" and yet your "Promissory Note" sold for the same value as the "Promissory Note" endorsed by the man who is (a credit risk)! Credit didn't matter. The fact that you are a living person is what matters!

**More Fraud:**
The **Mortgage Company** maintains two sets of books regarding your Mortgage payments. The local set of books, is a record that they loaned you money and that you agreed to repay that money, with interest, each month. The second set of books is maintained in another State office, usually a Bank because the Mortgage Companies usually sell your loan contract to a Bank and agree to monitor the monthly payments in order to conceal the fraud!

In the second set of books, your monthly Mortgage Payment is recorded by the bank as a savings deposit because there is no real loan! When you pay off the fraudulent mortgage, the Bank waits (90) days and then submits a request to the IRS. The request states: "That someone, unknown to this facility; deposited this money into our facility and has abandoned it! May we keep the deposit?" The IRS always gives their permission to the bank to keep the deposit and your hard earned money just feathered the nest of the Rockefeller, Rothschild and eleven other wealthy families in the world!

Equity Law, which once controlled Americas' Corporate Courts, has been replaced with Admiralty/Maritime Law, pursuant to Title 28 of the United States Code and the Judiciary Act of 1789. This is the Law of Merchants and Sailors.

Under Admiralty/Maritime Law; the Courts presume you owe the Mortgage or the Tax or that you committed a crime defined as a Criminal Statute and it is your obligation to prove you're innocent! (This means, you're guilty until you prove you're innocent), which is the same standard and procedure used in a Military Court Martial. Haven't we always been told that, "You are innocent - until proven guilty?" Lies, Lies and more Lies!

We are not free men; we are slaves, and bound to our Masters by adhesion contracts and secret Trusts. The goal of the Masters and their (agents) our elected officials, is to keep the people oppressed and subservient to them! As the Masters agents, they utilize propaganda techniques through government controlled schools; churches; the media and mind control by force and or the threat of force through the courts and police enforcement!

Police officers in America have been pumped full of more bullshit than a manure spreader and because of their trust, public school conditioning and training, they haven't the ability to see what is going on! Many have been conditioned by previous military service, not to think for themselves but just follow orders, which makes many of them as dangerous as a Terrorist! Now ask yourself; who are the real Terrorists in America?

Guess what; "the Constitution isn't for the Police either" and still they are forced to swear an oath to defend it!" The more regulations, statutes and codes created, and the greater the number of regulatory officers and agencies created to enforce them; the greater the Masters control over their Slaves and that is mind control by force and threat of force, by the very people we rely on, to protect and serve!

At some point in history the foreign Agents in control of our Federal Government, decided that they needed to create Federal Police Agencies to protect them! I can't blame them! If I was a part of a conspiracy that could result in the American people hanging me for Treason, I'd want bodyguards too! Now, if you are one of these public officials; how do you justify the employment and expense of bodyguards, when nobody is trying to injure you, and you don't want anyone to know that you are committing Treason? Instead of confessing your motives; you must find a way to accomplish your objective and blame it on someone else!

HENCE: The birth of a bad law, **The Volstead Act** and the beginning of **"Prohibition!"** Enterprising people began to make money and others organized. Those who organized became mobs and when the mobs began killing each other, the free lance boot-legers and innocent people in drive by shootings; our federal officials sat back and enjoyed the show! They did absolutely nothing until the public was literally breaking down the doors of the Capitol Building: [Just like they had planned it!]

The FBI existed before this time. They were a small investigative unit under the Attorney Generals Office. The Agents had no arrest powers and were prohibited from carrying guns. Their only authority was to investigate federal employees and make reports to the attorney general, who then decided if the matter was serious enough to concern the government and whether to prosecute the employee! The FBI was eventually armed, expanded and provided national jurisdiction to fight the gangsters! None of which would have been necessary had it not been for The Volstead Act! Slowly, the agency has grown into the giant it is now and ironically; the Legislature never authorized their expansion. Everything was done by the

AG administratively! Where does it say in the Constitution that a federal employee has the authority to create law, create a police authority or expand a current one?

Do you see how our government has circumvented the restrictions placed upon them by the Constitution and manipulated the American people? Every catastrophe, calamity or disaster has been planned and financed by our so-called public representatives with an ulterior motive in mind. The creation of Homeland Security was done in the same way! A Terrorist attack was staged by hired men having connections to the Middle East. I'm not going to go into the conspiracy, other than to say that President Bush and the FBI were as guilty as the men who high-jacked the commercial airplanes! The director of the FBI confessed to the Congress of his Agencies involvement under Presidential Order. He was relieved of his position and Congress took no action against President Bush and the media did not report any of this to the American people! Treason charges were filed against President Bush, Vice-President Cheney and the FBI by a two star General from the Pentagon and no action has ever been taken and nothing was ever reported to the American public, upon the orders of President Obama.

This was just another government catastrophe designed to make you (the public) beg the government to come to your aid and protect you! Each time one of these catastrophe's are staged; our representatives steal more of our liberty and freedom from us, but America doesn't care because now they feel safe once again! And that's what these foreign Agents want us to believe and feel!

We complain today that government has eroded our rights! It's true because we were lied to directly and indirectly and told to believe something other than truth! The correct term here is: "Propaganda" and all government controlled entities and institutions mentioned, are quite expert in the use of it! When I was a child; during a period labeled "the Cold War;" I remember my teacher's telling the class how expert the Communists are in the use of "propaganda!" I can say now with absolute certainty that no one is as expert as the American government! In fact I believe that our government officials taught the World!

I don't blame my teachers. Most of them were subjected to and spoon fed the same propaganda under direction of these foreign Agents and corporate entities that now employ them. Our teachers are simply spoon feeding our children with the same propaganda that was fed to them! Naturally, if a teacher becomes too creative and steps outside the box, or thinks outside the box, the penalty for such creativity is the termination of employment, their future profession and benefits! Generally, the reason used for termination is: "Failure to adhere to the established curriculum and or meet the needs of this establishment!" Who established the needs and curriculum? Why the government agents under the U. S. Department of Education, acting through the foreign Agents representing the Masters!

During the Bush Administration, a Treaty called the North American Alliance was negotiated and signed but the content was not reported to the American public. The Treaty guarantees that the boundary lines dividing Mexico, the United States and Canada will dissolve and become one country to be called North America, upon the installation of the New World Order Government! The currency for North America is being manufactured by

the United States Mint. They are gold coins called AMEROS. I have pictures of these coins being minted, that were taken by an employee and smuggled out!

Everything in your life has been controlled from birth and you're still being controlled! The free-thinkers of the world have either been murdered or institutionalized in asylums. Free-thinkers are a detriment to the Masters and their Agents! They have the potential to become (Martyrs), especially if the populace begins to pay attention to what the free-thinkers have to say or teach! Look at what happened to Jesus; John Kennedy; Bobby Kennedy; John Kennedy, Jr. and Martin Luther King, Jr.! If you believe John Kennedy, Jr. was an accidental death, then you probably believe that on 911, the attack on the twin towers was a real Terrorist attack!

**[If you still think this way, after what you have read: Please stop reading; put your thumb in your ass and close your eyes! You are much too gullible, ignorant and brain dead to be helped and you deserve the treatment you and your family are certain to receive!]**

Contrary to popular belief, nothing has changed since the day of Jesus! If Jesus was alive today, he would be declared a Terrorist and locked up in an asylum and slowly poisoned to death through the use of drug combinations that are designed to slowly consume life instead of heal. As long as free-thinkers profess their thoughts, they will be institutionalized until their death! Society will be told that these men are dangerous and or they will be classified as Terrorists!

The entire World is a 'Slave Plantation' and is set up under this same principle by the Masters, "the high contracting powers," who have been identified in certain International Treaties as the Pope/Vatican, the United Nations, the King/Queen of (England or United Kingdom) and principals of the International Monetary Fund.

The coming of a "One World Government," which public representatives and the media have been talking about, actually began in 1790 with the passage of the Articles of Confederation! These Articles and the principles therein, were first suggested in the Magna Carta and later became the foundation of the U. S. Constitution but, **"there not for you!"**

The Capitol City of the World has been identified as New York City, according to the United States Code. The United Nations with the blessings of the Vatican, keeps the World divided and in flux, under the principle of "Divide and Conquer," and all religious orders within the United States are instructed to keep us passive! People, populations, economies, religions and political agendas of every country on earth are manipulated by the Masters, which keep each Country in a euphoric flux against the other.

**Partial proof of such Power:**

We are presently living under the Babylonian Talmud, which was introduced to England in 1066 and has been enforced by the Pope, various Kings and every religious Order since.

23

This Babylonian Talmud represents total and relentless mind control in that people are taught to believe in fictions, things that do not exist [e.g.] Private International Law is now Commercial Law, which only deals in fictions; "fictions called persons, money, politics, government and authority." The Uniform Commercial Code, known as the Law of Merchants, which is 6000 years old, was derived from ancient Babylon and is now Private International Law. [See: The Uniform Commercial Code, section 1-201]. PS/ Human rights do not exist in fictions!

Prior to 1066, many of the Kings subjects [Lords and Dukes] held allodial deeds to land, which are land grants from the King or past Kings and which prevented the present King or his agents from taxing, trespassing or enforcing his will upon those subjects. Land protected by an allodial deed and improved by a home made the subjects, Sovereigns in their own right and the king of his castle. In 1066, William the Conqueror defeated England and stole the Kings Title, his lands and the lands belonging to his subjects. From William I (1066) to King John (1199), England found itself in dire straights because it was bankrupt! During this span of time, parishioners routinely passed their land onto their family or to the church without the Kings permission. So the King invoked the ancient, "Law of Mortmain," also known as "the dead man's hand," which is our modern day **probate law**.

The Pope and the Vatican objected to the "Law of Mortmain" because the King owed the Vatican a lot of gold he had borrowed and this law now prevented the church from receiving gifts of land. In 1208, England was placed under Papal interdiction (prohibition) and King John was excommunicated. King John was ignorant of the teachings of the Bible and was made to believe by Pope Innocent III, that the Pontiff was the "Vicar of Christ;" the ultimate owner of everything on earth, and the only one who could grant the King absolution for his sins; providing the King make a suitable gesture of repentance to the Pope and the Holy Roman Church!

The word "VICAR" is defined in Webster's 1828 English Dictionary, to mean, "A person deputized or authorized to perform the function of another, a substitute in office," and thereafter, all of the Popes since Pope Innocent III, pretend to be Jesus Christ on earth.

In his attempt to regain his stature, King John offered the Pope and the Holy Roman Church his Kingdom, plus 1000 gold marks each year as payment of a lease on the land, and he accepted the Pope's appointed representative [appointed ruler] and swore submission and loyalty to Pope Innocent III and the Holy Roman Church. In 1213, a Treaty was entered into between the King and the Pope. The Treaty made the King a tenant of his former Kingdom and a trustee to the Pope and the Holy Roman Church. The Kings ancestors were later appointed Treasurer of the Vatican Bank and continue to serve in that capacity to date. [See: Treaty of 1213; and the Papal Bulls of 1455 to 1492; and The Selected Letters of Pope Innocent III concerning England from 1198 - 1216, Thomas Nelson and Sons, Ltd. 1956].

In 1215, the Barons of England reacted to the loss of their rights and privileges they once enjoyed before the 1213 Treaty, and so they revolted against King John and stormed the castle. Under the threat of death, they forced him to sign a document that recognized their stature and spelled out their individual rights! The document was named the Magna Carta.

When Pope Innocent III was informed by King John about the Barons revolt and the Magna Carta; the Pope condemned the document and declared it null and void. In his written declaration to the Barons, the Pope stated that, "The Declaration of Human Rights embodied in the Magna Carta, violated the tenets of the church." Imagine that--- a church that does not believe in human rights --- but has a prohibition against abortion! I believe that is called an, Oxymoron! [See: The Selected Letters of Pope Innocent III concerning England 1198 - 1216, Thomas Nelson and Sons, Ltd. 1956].

The Treaty of 1783, known as the Treaty of Peace, signed subsequent to the Revolutionary War; was a Treaty between King George, the Holy Roman Church and the representatives of the Corporate United States. The opening statement is written in Olde English and when interpreted means: "The King claims that the Pope is the Vicar of Christ and that God gave the King the power to declare that no man can ever own property because it goes against the tenets of his Church, the Vatican/The Holy Roman Church and because he is the Elector of the Holy Roman Empire." [This is why no person or company can ever own real estate in America!] And the Founding Father's agreed to that Declaration!

The Treaty of Verona, which took place on November 22, 1822, was another Treaty between the King of England, the Pope and the "high contracting powers" of the World and exemplifies the power that the Pope and the Vatican weld in the World and magnifies their interest in the Republic of the United States. It also explains what has happened to us in America.



## The Treaty of Verona:

**Article I:** Basically states that the "high contracting powers" [the Masters] agree and decree that all representative forms of government and governments that recognize the individual sovereignty of ordinary people, is incompatible with "divine right" and all agree to use all of their efforts to bring an end to such governments, wherever they may be found or exist. [Isn't the United States supposed to be a representative form of government, which recognizes individual sovereignty? At least that's what the Declaration of Independence promised].

**Article 2:** That the "high contracting powers" agreed and decree that freedom of the press is a detriment to there existence and all promise to adopt measures to suppress the press in all of Europe. [If Americans want to know what is happening in the United States, they need to tune into the Foreign News Service because the American Press is suppressed beyond belief, ever since the Nixon administration and the Watergate scandal. Americas Press however, will talk badly about other countries and the Foreign Press reciprocates the favor. Do you remember my earlier comment about, "Divide and Conquer?" If you want to know what is happening in America, you need to watch and listen to the Foreign Press!

**Article 3:** Convinced that religion contributes powerfully to keep the people in a state of *passive obedience*, all of the "high contracting powers" agree to take measures to insure its continuation and a written accolade is directed to the Pope for his efforts to create and continue those measures. [An example of the measures they are speaking of involves the King James Bible.]

25

[e.g.] The King James Version of the Bible was concocted by the King under the guidance of Pope Innocent III. [This is the same King who was convinced by the Pope, that the Pope was God's representative on earth!] This collaboration was kept secret to conceal the truth of their manipulation of the prophet's written word. If you can locate an ancient manuscript of the Bible, which predates the King James Version; you will discover that [during the crucifixion of Christ], it is written in the ancient text that Jesus said: **"Forgive them NOT, for they know what they do!"** In the King James Version, it is written that Jesus said: **"Forgive them Father, for they know NOT what they do."** The King James interpretation represents a ***passive version*** and is in keeping with the purpose and the accolade mentioned in **Article 3 of the Treaty of Verona.**

The King James Version of the Bible is the most popular version today and is presented to the masses by all government controlled Christian religions.

[Passive obedience however is not taught or practiced in the Muslim religion]. What was the lie our government used to explain the involvement of the armed forces of the United States and England, in the Middle East? I remember Muslim leaders screaming that this was a "Jihad," [a holy war] and our so-called leaders denied the allegations. When the American people were later questioned by the media, they responded with disdain and disbelief!

Is there any wonder why there are now Muslim paramilitary camps being formed on American soil? And when our government officials were questioned why they permit these paramilitary camps to exist; their response was, [The U. S. Constitution protects their right to exist!] I remind you that this is the same Constitution that we are not a party too; has been circumvented by our government officials and fails to protect any rights of, "We the People!" The reason the foreign Agents posing as our federal representatives, are not concerned by the formation of these camps, is because of the mass genocide planned for the American population in the fall!

Korea is now in the news for testing nuclear weapons. Our government is making Korea look like the aggressors when in fact Korea does not want to be a part of the New World Order government and they are reacting out of fear! They simply want to live their lives as they see fit and our government officials and the United Nations are trying to bully them into submission!

### The following further exemplifies the power of the Vatican in America:

"If the Sovereign Pontiff should nevertheless, insist on his law being observed, he must be obeyed." [Bened. XIV, De Sgn Dioec., lib., ix, c vii, n 4. Prati., 1844].

"Pontifical laws moreover become obligatory without being accepted or confirmed by secular rulers." [Syllabus, prop. 28, 29, 44].

"Hence, the jus nationale, (Federal Law) or the exceptional ecclesiastical laws prevalent in the United States; may be abolished at any time by the Sovereign Pontiff." [Elements of Ecclesiastical Law, Volume I, pages 53 and 54].

[This passage is saying that the government has no authority to abolish or change ecclesiastical law in America and that only the Pope has the power to do that].

## Keys to the Conspiracy:

**"Alice in Wonderland,"** a famous children's story written by Leo J. Carroll, which was his pen name. The author's true profession was that of a lawyer, a lawyer who had a conscience, "another oxymoron!" Leo J. Carroll was English and was privy to the early scheme and conspiracy to destroy all the Worlds governments and eventually replace them with a "One World Government!" So he instituted his own plan to inform the Worlds population about this nefarious conspiracy, by writing about it in a children's story! He figured that parents would buy his book, read the story to their children and when the real conspiracy began to unfold; the parents would identify with his story and rise up against this evil!

Kudos to Leo J. Carroll, but unfortunately his plan was too quick and the pace of the conspiracy was too slow and methodical for anyone to make the connection!

## Consider this information:

**1)** During my research, I discovered a Congressional Record from the 1930's, which was a report compiled by an expert in counter intelligence hired by the British Parliament. The report detailed a plan or method to be employed by Parliament and the United States government, for the complete take over and destruction of the U. S. representative form of government! The report was sent to our Congress for review and then there was an argument from certain members of Congress who insisted that the report be recorded as "Top Secret," out of a fear of reprisal, should the American people discover its existence! The opposition members of Congress argued that the American people are **functionally illiterate** and too preoccupied with their own personal comfort, to be concerned about what we do! The report was entered into the open record of Congress and was never discovered until 2002! I have this Congressional Record in my computer documents!

## WARNING: [BEWARE AMERICA]!

**2)** I met a man who was once employed by Military Intelligence. He is now diseased. We became close friends and over time he confided in me something that had been bothering his conscious for many, many years! During his employment in the Military; he happened upon a scientific report by MI, prepared for the Congress. The report detailed a plan titled; **"How to reduce the population of the United States."** The conclusion reached in the report was through mass vaccinations to cure a fictitious pandemic!

**NOTE:** As of June 2009, a former scientist, once employed by a large pharmaceutical company in the United States; has disclosed that before resigning from his employer, former President Bush, signed legislation that defers and eliminates the Federal Food and Drug Administrations mandatory product testing; defers and eliminates disclosure of possible dangers to the public; and defers and eliminates civil liability on the part of the FDA and the pharmaceutical company.

**NOTE:** This scientist revealed that the President and Congress are expected to order mass vaccinations for a (fictitious swine flu pandemic) in the fall of 2009 and that the vaccine to be used; contains small amounts of Bird guano, a substance known to cause serious illness and death and in several tests, killed the lab animals that were injected! This scientist suggested that most of the soldiers, who have died in the Middle East conflict, have died from these vaccinations, but no one is talking!

**NOTE:** The people who have died of (swine flu) so far, died because they were vaccinated with the vaccine that is planned to be given to the American population in the fall of 2009 and half of the Worlds population. The World Health Organization is expected to declare a (pandemic) and will request that President Obama and Congress order mandatory vaccinations in the United States! Any one who refuses to take the **"death vaccine,"** will be arrested as a **Terrorist** and will be committed into internment camps!

As a Terrorist, no one is permitted a lawyer, a hearing or a judge, pursuant to the new Patriot Act passed by Congress after 911.

The World Health Organization is owned by and under the direction of the Rockefeller and Rothschild families! Do you now see the pattern unfolding?

**NOTE:** Police officers, Sheriff's Deputies, U. S. Military personnel and their families will not escape this mass genocide! All will be compelled to take the **"death vaccine"** right along with the rest of the general public!

My guess is that the federal or state governments will install another police authority to replace our Police, Sheriff's Deputies and Military. My belief is that they will be using army personnel of the USSR and China. These armies are now occupying former military bases in each state that was closed down under the guise of budget cuts. Fort Dix in New Jersey now occupies a battalion of the Russian Army. I don't know which bases are being occupied in the other states.

**NOTE:** One closed military base in each state, has also been converted into an "Internment Camp." The Halliburton Corporation was hired by the federal government to modify each base and install maximum security buildings. Why would the United States require so many large Internment Camps? One camp should be sufficient!

Because these camps are expected to receive thousands of innocent Americans who simply refuse to submit to the **"death vaccine!"**

**NOTE:** Homeland Security is in charge of these camps and they have been training personnel to man these facilities since 911. According to one informant, the personnel have been told that anyone committed into their custody are members of a home grown Terrorist organization suspected of inflicting biological warfare upon America! The

innocent people shot or interned will be blamed for the planned mass genocide being committed by our own government leaders!

The "want ads" in the newspapers, and on the internet by Homeland Security, seeking to employ people to help fight Terrorism, are the jobs they are attempting to fill at these Internment Camps!

What I don't understand is why the members of the Press continue to follow Orders by not reporting anything when, from what my group of Internet Researchers have been able to determine; only members of the Congress, the Bar, Federal Police and their families will be protected and exempt from these vaccinations! The members of the press will be forced to submit to this **"death vaccine"** the same as everyone else!

**NOTE:** I have pictures of hundreds of thousands of plastic coffins purchased by our government, which are being stockpiled in New Jersey. These coffins are for the burial of dead Americans during this planned mass genocide.

I also have the statement by the scientist. He has been making Radio Announcements from a Pirate Radio Station in Chicago, attempting to warn the public of this planned mass genocide!

And I have copies of a complaint and restraining order, recently filed with the FBI, by an Australian Journalist, charging that the FDA, the World Health Organization and the U. S. Federal Government is planning a World Pandemic against the population of the earth and that the United States population is expected to be decimated!
[BEWARE - BEWARE]

**3)** I met an elderly gentleman while living in Virginia. Somehow our conversation moved from the weather to the death of JFK and then the death of Franklin D. Roosevelt. I confessed to the gentleman that I had located Executive Orders signed by President Kennedy, six months before his assassination and that in those Executive Orders, President Kennedy disclosed that he and his brother Bobby, the Attorney General, have uncovered evidence that the Federal Reserve Bank was instituting a plan to undermine the American Economy!

President Kennedy "Ordered" the dismantling of the Federal Reserve Bank by these Executive Orders and "Ordered" that the U. S. Mint begin printing and circulating Silver Certificates to replace the Federal Reserve Notes in circulation. These facts were never presented to the special commission appointed to investigate JFK's assassination and these Executive Orders were never repealed however, the Federal Reserve was never dismantled and after JFK's assassination, the U.S. Mint ceased the printing of Silver Certificates. In the years to follow, the Federal Reserve Bank attempted to remove all of those Silver Certificates from circulation and destroy them. Only coin collectors possess any of the original Silver Certificates. The Collectors can trade or sell them between each other but they are prohibited now by law, from circulating them back into the American

economy! Imagine that, the Congress passed a law prohibiting the circulation of lawful currency!

**4)** This same elder gentleman told me that when he was a child of 12, his father was a Mortician in Washington, DC and his family resided at the Funeral Home where his father was employed. This Funeral Home was eventually engaged by the White House to embalm the corpse of President Franklin D. Roosevelt, upon his death.

The elder gentleman then asked me; "Do you know why FDR's funeral was a closed casket, when he died of natural causes?"

I didn't know the answer! Then the elder gentleman responded: "Because my father didn't know how to hide a bullet hole to the head!"

The man went on to elaborate how the Secret Service and FBI had visited the funeral home during this timeframe and made everyone swear under threat of death, not to reveal what we saw or knew! Nothing was ever reported to the public or printed about it in the history books and, "I'm too old now to give a shit about their threats!"

Just in case the old guy was simply trying to best my research on JFK; I wrote down the name of the Funeral Home and his last name, once I entered my vehicle. Later that afternoon I began to research FDR's death and burial and discovered that the name of the Funeral Home matched! I then found a censes report for Washington, DC of that year and discovered that the old gentleman's father was in fact a Mortician and he resided at the Funeral Home with his wife and two children!

**5)** Not knowing as much then as I do today; I telephoned the Washington Post and spoke to Bob Woodward, who was one of the two famous investigative reporters responsible for bringing down the Nixon Administration. I told Mr. Woodward about the possibility that FDR had been assassinated in office and was covered up! I gave him what information I could and told him that I hoped he would be able to solve this incident as well! This was seven years ago and nothing was ever printed, discussed in the Post or was ever released by any news service! Two years ago, I found the evidence of the Treaty of Verona and many other details discussed herein, which strongly suggests that freedom of the press no longer exists in America, (if it ever did!)

Some of you **"Doubting Thomas's"** may want to argue with me that: "If this is such a huge conspiracy; how is it that you and your Internet friends can research everything on computers and write about it?"

The answer is that our Masters and their government agents are quite full of themselves! They have intelligence, wealth, influence and absolute power and control over everything and everyone on this earth but, they are human and suffer the same common frailties that every powerful leader has endured since the beginning of time; **"fame and the desire for recognition!"** They can't talk or brag about their conspiratorial accomplishments while they are alive out of a fear of retaliation, which is in direct conflict with their human egos!

ROLAND LEE MORRISON - ALLeged Criminal No. 2 : 10 cv 195
512 ASHLAWN DRIVE. Apt -1
NorfoLK Virginia Republic [23510].

TO : THE HONORABLE : JUDGE, Ms. Arenda L. Wright Allen
WALTER E. HOFFMAN BUILDING
600 GRANby STREET. "Judge Chambers"
NorfoLK, Virginia Republic [23510] .

U.S. MARSHALS
INSPECTED

CONFIDENTIAL